Effa TUCKER, as Administratrix of the Estate of Alvin Tucker, Claimant of the Gas Screw Warren, etc., Appellant, v. R. J. ULTICAN and Anna Ultican, Husband and Wife, Owners of THE Gas Screw WARREN, etc., Appellees.

No. 6364.

Circuit Court of Appeals, Ninth Circuit.

Jan. 26, 1931.

See, also, 40 F.(2d) 700.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellees, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.

UNITED STATES of America, Libelant-Appellee, v. One Oil Screw, British, Known as THE FRANCIS T, Her Engines, Tackle, Apparel, Appurtenances, and Furniture, Claimant-Appellant.

No. 203.

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1931.

Louis Halle, of New York City (Milton R. Kroopf, of New York City, of counsel), for appellant.

Robert E. Manley, Acting U. S. Atty., of New York City (Arthur H. Schwartz, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

UNITED STATES of America, Appellant, v. Percy GRAHAM, Appellee.

No. 6370.

Circuit Court of Appeals, Ninth Circuit.

Feb. 2, 1931.

Before RUDKIN and WILBUR, Circuit Judges, and SAWTELLE, District Judge.

PER CURIAM.

Ordered appeal dismissed pursuant to stipulation of counsel for respective parties; mandate forthwith.

UNITED STATES of America, Appellant, v. John Thomas JAMES, Appellee.

No. 6365.

Circuit Court of Appeals, Ninth Circuit.

Jan. 26, 1931.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Ordered appeal dismissed, pursuant to motion of appellant; mandate forthwith.